IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lovette III, David J | Case Number: 08 B 08832 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 4/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 193.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 193.00 |
| Totals: | 193.00 | 193.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Heritage Acceptance Corp | Secured | 7,447.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 32.68 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 30.68 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 521.11 | 0.00 |
| 5. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 6. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 7. | Medical Collections | Unsecured | | No Claim Filed |
| 8. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 9. | MRSI | Unsecured | | No Claim Filed |
| 10. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 11. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,031.47 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Page 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lovette III, David J

Printed:  9/3/08

Case Number:  08 B 08832
Judge:  Wedoff, Eugene R
Filed:  4/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

